ST. JOHN FISHER COLLEGE, Appellant, v CONTINENTAL CORPORATION et al., Respondents.—Order unanimously affirmed without costs. Memorandum: We agree with Supreme Court's conclusion that the loss suffered by plaintiff is the result of a latent defect and, as such, is specifically and unambiguously excluded from coverage (see, *Derenzo v State Farm Mut. Ins. Co.,* 141 Misc 2d 456; *Luttenberger v Allstate Ins.,* 122 Misc 2d 365; *80 Broad St. Co. v United States Fire Ins. Co.,* 88 Misc 2d 706, *affd* 54 AD2d 888, *lv denied* 42 NY2d 801). (Appeal from Order of Supreme Court, Monroe County, Curran, J.—Summary Judgment.) Present—Boomer, J. P., Balio, Lawton, Fallon and Doerr, JJ.